**RECEIVED**
IN ALEXANDRIA, LA.

JUN 1 0 2013

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PAULETTE FULLER | CIVIL ACTION NO. 13-0502 |
| -vs- | DISTRICT JUDGE DRELL |
| CMH HOMES, INC. et al | MAGISTRATE JUDGE KIRK |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that because complete diversity exists, the plaintiffs' motion to remand (Doc. **8**) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _10_ day of _June_, 2013.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT