RECEIVED
FEB - 4 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

PAULETTE FULLER

VERSUS

CMH HOMES, INC., et al.

DOCKET NO. 1:13-cv-0502

JUDGE DEE D. DRELL

MAGISTRATE JUDGE JAMES D. KIRK

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that defendants' motion to stay proceeding and compel arbitration (Doc. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties proceed to arbitration, and further, that this suit be administratively closed subject to being reopened upon conclusion of the arbitration.

The parties are **ORDERED** to advise the Court upon termination of the arbitration and shall further advise when the matter has been completed.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 3RD day of February, 2014.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT